IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: Jeff and Meghan Scharringhausen | ) ) ) | Case No. |
| Plaintiff | ) ) ) ) | COMPLAINT |
| | ) ) | **Judge:** |
| v. | ) ) ) ) | **Magistrate:**<br>July Demand Requested |
| American Coradius International LLC<br>2420 Sweet Home Road, Suite 150<br>Buffalo, NY 14428 | ) ) ) ) | |
| Defendant | ) | |

Now comes Plaintiff, by and through her attorneys, and, for his Complaint alleges as follows:

## INTRODUCTION

1. Plaintiffs, Jeff and Meghan Scharringhausen, brings this action to secure redress from unlawful collection practices engaged in by Defendant, American Coradius International, LLC  Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. Section 1692 et seq. ("FDCPA").

2. The FDCPA broadly prohibits unfair or unconscionable collection methods, conduct which harasses or abuses any debtor, and any false, deceptive or misleading statements in connection with the collection of a debt.  15 U.S.C. Section 1692e and 1692f

## JURISDICTION AND VENUE

3. This court has jurisdiction pursuant to 28 U.S.C. Section 1331, 1337, 1367; and 15 U.S.C. section 1692(d).

4. Venue is proper because a substantial part of the events giving rise to this claim occurred in this District.

## PARTIES

5. Plaintiffs, American Coradius International, LLC (hereinafter "Plaintiff") incurred an obligation to pay money, the primary purpose of which was for personal, family, or household uses (the "Debt").
6. Plaintiff is a resident of the State of Illinois.
7. Defendant, American Coradius International, LLC. ("Defendant"), is a New York business entity with an address of 2420 Sweet Home Road, Suite 150, Buffalo, NY 14428 operating as a collection agency, and is a "debt collector" as the term is defined by 15 U.S.C. Section 1692a(6).
8. Unless otherwise stated herein, the term "Defendant" shall refer to American Coradius International, LLC.
9. At some point, the original creditor, transferred this debt to Defendant for debt collection.

## ALLEGATIONS

10. The Plaintiff allegedly incurred a financial obligation in the approximate amount of $6000 (the "Debt") to an original creditor (the "Creditor")
11. The Debt was purchased, assigned or transferred to Defendant for collection, or Defendant was employed by the Creditor to collect to Debt.
12. The Defendant attempted to collect the Debt and, as such, engaged in "communications" as defined in 15 U.S.C. Section 1692a(2).
13. On June 19, 2015, the Plaintiffs converted from a Chapter 13 Bankruptcy filing to a Chapter 7 Bankruptcy.
14. After June 19, 2015, Defendant made numerous telephone collection calls to the Plaintiff.
15. In several of these phone calls, Plaintiff told them about the Bankruptcy Conversion, yet the collection phone calls would continue.

**VIOLATIONS OF THE FDCPA-15 U.S.C. SECTION 1692, et seq.**

16. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.
17. The Defendant's conduct violated 15 U.S.C. Section 1692e in that it used false, deceptive, or misleading representation or means in connection with the collection of debt.
18. Plaintiff is entitled to damages as a result of Defendants' violations.

## JURY DEMAND

19. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

20. Plaintiff demands the following relief:

WHEREFORE, the Court should enter Judgment in favor of Plaintiff and against Defendant for:

    (1) Statutory damages;

    (2) Attorney fees, litigation expenses and costs of suit; and

    (3) Such other and further relief as the Court deems proper.

Respectfully submitted,

/s/ John Carlin
John P. Carlin #6277222
Chang & Carlin, LLP
1305 Remington Rd., Ste. C
Schaumburg, IL 60173
jcarlin@changandcarlin.com
Attorney for Plaintiff