# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Meghan Scharringhausen, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Jorge L. Alonso |
| | ) | |
| v. | ) | Case No.: 1:15-c v-06751 |
| | ) | |
| American Coradius International, LLC, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and
Defendant herein by and through their attorneys that, pursuant to Rule 41(a) (1) (A)
(ii) of the Federal Rules of Civil Procedure, the above-entitled action against
Defendant shall be and hereby is dismissed with prejudice and on the merits, with
each side to bear its own fees and costs.

Dated: December 3, 2015

| | |
|---|---|
| /s/      John P. Carlin | /s/ Morgan I. Marcus |
| John P. Carlin, Esq. | James K. Schultz, Esq. |
| Chang & Chang, LLP | Daniel W. Pisani, Esq. |
| 1305 Remington Road, Suite C | Morgan I. Marcus, Esq. |
| Schaumburg, Illinois 60173 | Sessions Fishman Nathan & Israel, LLC |
| Telephone:   (847) 843-8600 | 120 South LaSalle Street, Suite 1960 |
| Facsimile:    (847) 843-8605 | Chicago, Illinois 60603-3651 |
| E-mail: JCarlin@changandcarlin.com | Telephone:   (312) 578-0990 |
| | Facsimile:    (312) 578-0991 |
| | E-mails:      jschultz@sessions.legal |
| | dpisani@sessions.legal |
| | mmarcus@sessions.legal |
| | |
| *Attorney for Plaintiff,* | *Attorneys for Defendant,* |
| *Meghan Scharringhausen* | *American Coradius International, LLC* |